## PALUMBO et al. v. ELECTRIC BOND & SHARE CO. et al.

District Court, S. D. New York.

Dec. 10, 1943.

Emil K. Ellis, of New York City, for plaintiffs.

Reid & Priest, of New York City, for Electric Bond & Share Co.

Simpson, Thacher & Bartlett, of New York City, for Hill, Hoffman and Sanders.

White & Case, of New York City, for United Gas Corporation.

John F. Davis, Sol., Roger S. Foster, Counsel, and Sidney H. Willner, Atty., all of Philadelphia, Pa., for Securities & Exchange Commission.

RIFKIND, District Judge.

Defendants moved to reargue the denial of their motion for a stay of the action; and the Securities and Exchange Commission moved for leave to intervene as a party, and for a stay of the action pending the determination of certain proceedings now in progress before the Commission.

■ Such reargument having been granted and had, it appeared, from the moving papers submitted by the Commission, that I had been led into error concerning the character and scope of the Commission's proceedings. It is now clear that those proceedings, begun on May 31, 1941, necessarily entail a disposition of the issues of the action, at least as against the defendant, Electric Bond & Share Co., which is charged with primary liability and which is financially able to respond (see page 9 of S.E.C. Release #2790, being the order of May 31, 1941, and page 12, item 21 thereof). The action was commenced more than a year after the proceedings were instituted. These circumstances require a reversal of the previous disposition, in accordance with Dederick v. North America Co., D.C. S. D.N.Y., 1943, 48 F.Supp. 410 and Illinois Iowa Power Co. v. North American Light & Power Co., D.C. Del., 1943, 49 F.Supp. 277.

The application for a stay of the action, pending the determination of the mentioned proceedings before the Securities and Exchange Commission, is granted.

■ The application of the Commission for leave to intervene is granted but only to the extent of making this motion; and otherwise it is denied without prejudice to a renewal of the application upon a showing of circumstances warranting the granting thereof.

Settle order.